ACCEPTED
04-15-00453-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/15/2015 2:34:20 PM
KEITH HOTTLE
CLERK

NO. 04-15-00453-CV

IN THE COURT OF APPEALS

FOR THE

FOURTH JUDICIAL DISTRICT

OF TEXAS, SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/15/2015 2:34:20 PM

KEITH E. HOTTLE
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STANLEY FREEMAN, APPELLANT

VS.

SUMIKO FREEMAN, APPELLEE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LAW OFFICES OF ANTHONY W. WALLUK

ANTHONY W. WALLUK
State Bar No. 20796100
111 Soledad, Suite 300
San Antonio, Texas 78205
awalluklaw@hotmail.com
Telephone No.: (210) 226-4384
Telecopier No.: (210) 226-4526

TO: Fourth Appellate District Clerk
    Fourth Court of Appeals
    San Antonio, Texas

Petitioner does hereby make timely written request to the Clerk for an additional extension of time to file Appellant's Brief, and in support thereof, shows as follows:

A. The current deadline for filing the Appellant's Brief is September 18, 2015;

B. Petitioner herewith seeks an extension of time until October 2, 2015 under TRAP 38.6 (d);

C. Petitioner relies on the facts set forth below to explain the need for an extension:

1. Counsel has been involved in numerous medical appointments and examinations over the last 3 months and his work schedule has been unduly delayed.

2. Research for the brief has been completed however the final drafting and the administrative assembly and review remains to be completed.

3. On September 14 counsel became aware of his being required to travel to Midland Texas on September 16, 2015 for a family matter and will be there for 4-5 days.

4. Due to this unexpected requirement to be in Midland Texas if will be very difficult to complete this brief in the required time.

D. There have been no prior requests for an extension of time to file this brief.

E. This appeal involves a motion for enforcement of a divorce decree, originally filed in the 285th District Court in Bexar County Texas, and signed by District Judge Janet Littlejohn on March 29, 2010. The order being appealed was signed by District Judge Larry Noll on April 21, 2015, 2013.

F. The cause number for the original case was 98 CI-13915, and the style of the case was IN THE MATTER OF THE MARRIAGE OF SUMIKO FREEMAN AND STANLEY FREEMAN.

This request is made not for delay but only to afford the opportunity to present an appropriate, complete brief. Appellant has exercised due diligence in pursuing this appeal

2

and correcting the problem that was identified.

The Honorable Clerk of this Court is requested, therefore, pursuant to the provisions of the Texas Rules of Appellate Procedure, to authorize an additional extension of 14 days as requested until October 2, 2015, to allow the filing of the Appellant's brief.

### CERTIFICATE OF CONFERENCE

Counsel for Appellant has conferred with counsel for the Appellee regarding the foregoing motion. Counsel for Appellee has stated that he does not object to this motion for extension of time.

Respectfully submitted,

LAW OFFICES OF ANTHONY W. WALLUK

By: _____

ANTHONY W. WALLUK
Attorney for Appellant
State Bar No. 20796100
111 Soledad, Suite 300
San Antonio, Texas 78205
(210) 226-4384
Telecopier: (210) 226-4526

### Certificate of Service

I certify that a true copy of this designation was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: SUMIKO FREEMAN

3

Lead attorney: GARY BEAHM

Address of service:    3003 N.W. Loop 410, Suite 205 78230

Method of service: fax 210-210-340-1346

Date of service:  September 15, 2015.

ANTHONY W. WALLUK
Attorney for Appellant

4